# IN THE SUPREME COURT OF THE STATE OF NEVADA

IDA TAJALLI, N/K/A IDA TAJALLI SEDLOCK,

Appellant,

vs.

AFSHIN TADAYON,

Respondent.

No. 79031

**FILED**

JAN 0 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Lisa M. Brown, District Judge, Family Court Division
Robert E. Gaston, Settlement Judge
Alex B. Ghibaudo, PC.
Gazda & Tadayon
Law Offices of Ernest A. Buche, Jr.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

20-00923